Stratford Television Company, Appellee, v. Multi-Tron Laboratory, Inc., Appellant.

Gen. No. 47,294.

First District, Third Division.
January 15, 1958.
Released for publication February 10, 1958.

Falkenberg & Falkenberg (Charles V. Falkenberg, Jr., of counsel) for defendant; no briefs filed for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.